UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEIL ZLOZOWER,

                        Plaintiff,

- against -

BOSTON GLOBE MEDIA PARTNERS, LLC

                        Defendant.

Docket No. 1:17-cv-6831

JURY TRIAL DEMANDED

## COMPLAINT

Plaintiff Neil Zlozower ("Zlozower" or "Plaintiff") by and through his undersigned counsel, as and for his Complaint against Defendant Boston Globe Media Partners, LLC ("Globe" or "Defendant") hereby alleges as follows:

## NATURE OF THE ACTION

1. This is an action for copyright infringement under Section 501 of the Copyright Act. This action arises out of Defendant's unauthorized reproduction and public display of an iconic copyrighted photograph of the English rock band Led Zeppelin owned and registered by Zlozower, a Los Angeles based music photographer. Accordingly, Zlozower seeks monetary relief under the Copyright Act of the United States, as amended, 17 U.S.C. § 101 *et seq*.

## JURISDICTION AND VENUE

2. This claim arises under the Copyright Act, 17 U.S.C. § 101 *et seq*., and this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3. This Court has personal jurisdiction over Defendant because Defendant transacts business in New York.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(b).

## PARTIES

5. Zlozower is a professional rock and roll photographer whose career has spanned forty-five years photographing many legendary musicians including Michael Jackson, Led Zeppelin, Ban Halen, Eric Clapton and the Rolling Stones. Zlozower in the business of selling and licensing his photographs to online, print, and television stations for a fee, having a usual place of business at 660 North Sweetzer Avenue, #303, Los Angeles, California 90048. Zlozower's photographs have graced front covers of music albums and CD covers, magazines, concert programs, books, and has showcased his iconic photographs in gallery's and museums around the world.

6. Upon information and belief, Globe is a foreign limited liability company duly organized and existing under the laws of the State of Massachusetts, with a place of business at 135 William T. Morrissey Blvd. At all times material hereto, Globe has owned and operated a website at the URL: www.BostonGlobe.com (the "Website").

## STATEMENT OF FACTS

**A.   Background and Plaintiff's Ownership of the Photograph**

7. Zlozower photographed English rock band Led Zeppelin (the "Photograph"). A true and correct copy of the Photograph is attached hereto as Exhibit A.

8. Zlozower is the author of the Photograph and has at all times been the sole owner of all right, title and interest in and to the Photograph, including the copyright thereto.

9. The Photograph was registered with United States Copyright Office and was given Copyright Registration Number VA 1-962-925.

**B.   Defendant's Infringing Activities**

10.     On April 12, 2016, Globe ran an article on the Website entitled *Led Zeppelin lawsuit: Does the song remain the same?* See https://www.bostonglobe.com/arts/music/2016/04/12/led-zeppelin-lawsuit-does-song-remain-same/9BpGROFzuLrtpdRrJRZmjK/story.html. The article prominently featured the Photograph. A true and correct copy of the article with the Photograph is attached hereto as Exhibit B.

11.     The article was written by Globe staff writers.

12.     The Photograph appears on Globe's computer servers.

13.     Globe did not license the Photograph from Plaintiff for its article, nor did Globe have Plaintiff's permission or consent to publish the Photograph on its Website.

## CLAIM FOR RELIEF
## (COPYRIGHT INFRINGEMENT AGAINST GLOBE)
## (17 U.S.C. §§ 106, 501)

14.     Plaintiff incorporates by reference each and every allegation contained in Paragraphs 1-13 above.

15.     Globe infringed Plaintiff's copyright in the Photograph by reproducing and publicly displaying the Photograph on the Website. Globe is not, and has never been, licensed or otherwise authorized to reproduce, publically display, distribute and/or use the Photograph.

16.     The acts of Defendant complained of herein constitute infringement of Plaintiff's copyright and exclusive rights under copyright in violation of Sections 106 and 501 of the Copyright Act, 17 U.S.C. §§ 106 and 501.

17.     Upon information and belief, the foregoing acts of infringement by Globe have been willful, intentional, and purposeful, in disregard of and indifference to Plaintiff's rights.

18.     As a direct and proximate cause of the infringement by the Defendant of Plaintiff's copyright and exclusive rights under copyright, Plaintiff is entitled to damages and defendant's profits pursuant to 17 U.S.C. § 504(b) for the infringement.

19.     Alternatively, Plaintiff is entitled to statutory damages up to $150,000 per work infringed for Defendant's willful infringement of the Photograph, pursuant to 17 U.S.C. § 504(c).

20.     Plaintiff further is entitled to her attorney's fees and full costs pursuant to 17 U.S.C. § 505.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests judgment as follows:

1. That Defendant Globe be adjudged to have infringed upon Plaintiff's copyrights in the Photograph in violation of 17 U.S.C §§ 106 and 501;

2. Plaintiff be awarded either: a) Plaintiff's actual damages and Defendant's profits, gains or advantages of any kind attributable to Defendant's infringement of Plaintiff's Photograph; or b) alternatively, statutory damages of up to $150,000 per copyrighted work infringed pursuant to 17 U.S.C. § 504;

3. That Defendant be required to account for all profits, income, receipts, or other benefits derived by Defendant as a result of its unlawful conduct;

4. That Plaintiff be awarded his costs, expenses and attorneys' fees pursuant to 17 U.S.C. § 505;

5. That Plaintiff be awarded pre-judgment interest; and

6. Such other and further relief as the Court may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable in accordance with Federal Rule of Civil Procedure 38(b).

Dated: Valley Stream, New York
September 7, 2017

LIEBOWITZ LAW FIRM, PLLC

By: /s/Richard Liebowitz
    Richard P. Liebowitz
11 Sunrise Plaza, Suite 305
Valley Stream, NY 11580
Tel: (516) 233-1660
RL@LiebowitzLawFirm.com

*Attorneys for Plaintiff Neil Zlozower*